# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| **Carl Gary Thomas,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 3:16-cv-00620-RJC |
| | ) | 3:04-cr-00185-RJC-DCK |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| Respondent(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 18, 2017 Order.

May 19, 2017

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court